Mark Meyers, Respondent,
against
Steven M. Levine, Doing Business as Levine Garage, Appellant.




Steven M. Levine, appellant pro se.
Mark Meyers, respondent pro se.

Appeal from a judgment of the Justice Court of the Town of New Windsor, Orange County (Richard W. Thorpe, J.), entered October 6, 2015. The judgment, after a nonjury trial, awarded plaintiff the principal sum of $330.16.




ORDERED that the judgment is affirmed, without costs.
In this small claims action, plaintiff seeks to recover damages incurred as the result of defendant's allegedly defective repair of plaintiff's vehicle. After a nonjury trial, the Justice Court awarded plaintiff the principal sum of $330.16.
In a small claims action, our review is limited to a determination of whether "substantial justice has . . . been done between the parties according to the rules and principles of substantive law" (UJCA 1807; see UJCA 1804; Ross v Friedman, 269 AD2d 584 [2000]; Williams v Roper, 269 AD2d 125, 126 [2000]). Furthermore, the determination of a trier of fact as to issues of credibility is given substantial deference, as a trial court's opportunity to observe and evaluate the testimony and demeanor of the witnesses affords it a better perspective from which to assess their credibility (see Vizzari v State of New York, 184 AD2d 564 [1992]; Kincade v Kincade, 178 AD2d 510, 511 [1991]). This deference applies with greater force to judgments rendered in the Small Claims Part of the court (see Williams v Roper, 269 AD2d at 126).
As the Justice Court's determination is supported by the record and provides the parties with substantial justice (see UJCA 1804, 1807), the judgment is affirmed.
Tolbert, J.P., Garguilo and Brands, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: September 28, 2017